FILED
Clerk
District Court

OCT 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  FRANK MICHAEL CRUZ
   Chief U.S. Probation Officer
2  MELINDA N. BRUNSON
   U.S. Probation Officer
3  U.S. District Court of the
   Northern Mariana Islands
4  Horiguchi Building Rm 4D
   P.O. Box 502089
   Saipan, MP 96950
5  Tel: (670) 236-2989
   Fax: (670) 236-2992
6
7
8                    UNITED STATES DISTRICT COURT
                              FOR THE
9              DISTRICT OF THE NORTHERN MARIANA ISLANDS
10

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Zhou Qun aka Chen Huang Wu ) <br> Defendant. ) | CRIMINAL CASE NO. 03-00041-014 <br><br> **ORDER** <br><br> **RE: REQUEST TO VACATE WARRANT FOR ARREST** |

Based on the United States Probation Office's Request to Vacate Warrant for Arrest for the reasons that it was not supported by an oath or affirmation as required by the Fourth Amendment and as affirmed in the 9th Circuit decision in U.S. v. Vargas-Amaya, and Ms. Zhou's probation term expired on June 29, 2005, the Court hereby GRANTS the request to vacate the Warrant of Arrest issued on November 2, 2004.

SO ORDERED this 13TH day of October 2006.

_____
HONORABLE ALEX R. MUNSON
U.S. District Judge
District of the Northern Mariana Islands