F I L E D
Clerk
District Court

OCT 1 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>Zhou Qun aka Chen Huang Wu<br>Defendant. | ) CRIMINAL CASE NO.03-00041-014<br>)<br>)<br>) **REQUEST TO VACATE WARRANT FOR<br>ARREST**<br>)<br>)<br>) |

On June 30, 2004, Zhou Qun aka Chen Huang Wu, was sentenced in the District Court of the Northern Mariana Islands to one year of probation with various conditions for Attempted Improper Entry by an Alien, in violation of 18 U.S.C. § 1325(a). Ms. Zhou's term of probation commenced immediately following her sentencing and expired on June 29, 2005.

On November 2, 2004, the District Court issued a warrant for Ms. Zhou's arrest pursuant to a petition and Supplemental Violation Report filed by U.S. Probation Officer Margarita Wonenberg for violation of probation conditions, to include that she left the judicial district without permission.

This Officer is requesting that the warrant of arrest for Zhou Qun be vacated. The warrant issued on November 2, 2004 was not supported by an oath or affirmation as required by the Fourth Amendment and as affirmed in the 9th Circuit decision in U.S. v. Vargas-Amaya.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   AUSA
      Mark Smith, Defense Attorney
      File